NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CENTRIPETAL NETWORKS, LLC,**
*Appellant*

**v.**

**PALO ALTO NETWORKS, INC.,**
*Appellee*

---

2023-1730

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01157.

---

**JUDGMENT**

---

JAMES R. HANNAH, Kramer Levin Naftalis & Frankel LLP, Redwood Shores, CA, argued for appellant. Also represented by PAUL J. ANDRE; JEFFREY PRICE, New York, NY; JOHN R. HUTCHINS, SCOTT M. KELLY, BRADLEY CHARLES WRIGHT, Banner & Witcoff, Ltd., Washington, DC.

DOUGLAS HALLWARD-DRIEMEIER, Ropes & Gray LLP, Washington, DC, argued for appellee. Also represented by JAMES RICHARD BATCHELDER, ANDREW T. RADSCH, East Palo Alto, CA; COLIN DUNN, New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 13, 2024
Date

Jarrett B. Perlow
Clerk of Court