# United States Court of Appeals for the Federal Circuit

---

**CENTRIPETAL NETWORKS, LLC,**
*Appellant*

v.

**PALO ALTO NETWORKS, INC.,**
*Appellee*

---

2023-1730

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01157.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered May 13, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 20, 2024
Date

Jarrett B. Perlow
Clerk of Court